**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ATLANTIC COMMUNITY BANKERS BANK, INC., AND JON EVANS, | : No. 295 MAL 2015<br>:<br>: |
| Respondents | : Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| v. | :<br>:<br>: |
| CHARLES DANIELS AND IMRAN DALVI, | :<br>: |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.